```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

Jason Carvell

    v.                                       Case No. 14-cv-05-PB

Northern NH Correctional
Facility, Warden


**O R D E R**

I have reviewed Jason Carvell's petition for habeas corpus relief pursuant to LR 4.3(d)(4).  It appears from a preliminary review that petitioner is in custody and has exhausted his administrative remedies.  He appears to have stated plausible claims for relief.  Accordingly, the petition shall be served.  In issuing this ruling, I take no position as to the ultimate merits of the petition.

    SO ORDERED.

                                      /s/Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

April 14, 2014

cc:   Jason Carvell, pro se